IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAMAL A. SEFELDEEN, | ) | No. C 07-01289 SBA (PR) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| ROBERT AYERS, JR., Warden, | ) | |
| Respondent. | ) | |

For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

DATED: 2/9/10

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.07\Sefeldeen1289.jud.frm

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KAMAL A. SEFELDEEN,

        Plaintiff,

v.

BOARD OF PRISON TERMS et al,

        Defendant.

Case Number: CV07-01289 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kamal A. Sefeldeen #D-65574
California State Prison - San Quentin
San Quentin, CA 94974

Dated: February 11, 2010

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk